| Date | Pleading Number | |
|---|---|---|
| 3/22/74 | 1. | MOTION -- by E-C Tape Service, Inc. and David L. Heilman w/supporting brief, exhibit/complaints A, B, C, D, & E, affidavit of service<br>Requested transferee forum: E.D. Wisconsin |
| 4/8/74 | 2 | A & M Records v. Economic Consultants, Inc, C.D.Cal., 74-685-JWC<br>Letter from plaintiffs counsel stating action remanded to State court w/copy of order and cert. of service. |
| 6/5/74 | | ORDER - Denying transfer of litigation pursuant to 28 U.S.C. §1407 because of mootness. Notified involved clerks, judges, and counsel |

DOCKET NO. **173** JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

**SERVICE**

IN RE E-C TAPE, INC., LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): _____

Date(s) of Opinion(s) or Order(s): **6/5/74**

Consolidation Ordered: ____   Name of Transferee Judge: _____

Consolidation Denied: **X**   Transferee District: _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Columbia Broadcasting System, Inc. v. Economic Consultants, Inc., et al. | S.D.N.Y. Griesa | 74 Civ.1007 | | | | E.C Motion 3/22/74 |
| A-2 | A&M Records, Inc. v. Economic Consultants, Inc., et al. | C.D.Cal. Curtis | 74-685-JWC | | | | "       " |
| A-3 | E-C Tape Service, Inc., et al. v. ABC Records, Inc., et al. | E.D.Wisc. Gordon | 74-C-86 | | | | "       " |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-173 -- IN RE E-C TAPE SERVICE, INC., LITIGATION

| No. | ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|---|
| | E-C TAPE SERVINCE, INC.   (Movants) <br> DAVID G. HEILMAN <br> William E. Glassner, Jr., Esquire <br> Thomas Olson, Esquire <br> Robert B. Corris <br> Howard A. Pollack, Esquire <br> Charne, Glassner, Tehan, Clancy <br>     & Taitelman s.c. <br> 211 West Wisconsin Avenue <br> Milwaukee, Wisconsin  53203 <br>          414-273-2000 <br><br> James H. Littlepage <br> Littlepage, Quaintance, Murphy & Dobyns <br> 2121 Bancroft Place, N.W. <br> Washington, D.C. 20008 <br><br> Charles A. Crocco, Jr., Esquire <br> Lunney & Crocco <br> 20 Exchange Place <br> New York, New York  10005 <br><br> Richard F. Oetting, Esquire <br> Ronald F. Brot, Esquire <br> Voegelin & Barton <br> 606 Olive Street <br> Los Angeles, California  90014 <br><br> A&M RECORDS, INC. <br> ~~Russell J. Frackman~~ HOWARD J. SMITH, Esquire <br> Mitchell, Silberberg & Knupp <br> 1800 Century Park East <br> Los Angeles, California  90067 | COLUMBIA BROADCASTING SYSTEMS, INC. <br> Gary B. Baker, Esquire <br> 51 West 52nd Street <br> New York, New York  10019 <br><br> ABC RECORDS, INC. <br> CT Corporation Systems, Inc. <br> Registered Agent for ABC Records <br> 222 West Washington Avenue <br> Madison, Wisconsin  53702 <br><br> ATLANTIC RECORDING CORP. <br> 1841 Broadway <br> New York, N.Y.  10023 <br><br> BUDDAH/KAMA SUTRA RECORDS, INC. <br> 810 7th Avenue <br> New York, New York  10019 <br><br> COLUMBIA PICTURE INDUSTRIES, INC. <br> 711 Fifth Avenue <br> New York, New York  10011 <br><br> ELEKTRA RECORDS, INC. <br> 15 Columbus Circle <br> New York, N.Y.  10023 <br><br> LONDON RECORDS, INC. <br> 539 West 25th St. <br> New York, New York  10001 <br><br> MCA RECORDS, INC. <br> 100 Universal City Plaza <br> Universal City, California  91608 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | ~~MERCURY RECORD PRODUCTIONS, INC.~~<br>~~1 IBM Plaza~~<br>~~Chicago, Illinois 60601~~<br><br>~~MGM RECORDS, INC.~~<br>~~65 Sunset Boulevard~~<br>~~Los Angeles, California 90046~~<br><br>~~UNITED ARTISTS RECORDS, INC.~~<br>~~6920 Sunset Boulevard~~<br>~~Los Angeles, California 90028~~<br><br>CALIFORNIA GIRL PUBLISHING CO, INC.<br>Suite 205<br>165 University Avenue<br>Palo Alto, California 94301<br><br><br>ATLANTIC RECORDING CORP.<br>BUDDAH/KAMA SUTRA RECORDS, INC.<br>ELEKTRA RECORDS, INC.<br>LONDON RECORDS, INC.<br>MCA RECORDS, INC.<br><u>MERCURY RECORD PRODUCTIONS, INC.</u><br>Charles Kamps, Esquire<br>Quarles & Brady<br>780 North Water Street<br>Milwaukee, Wisconsin 53202<br><br>ABC RECORDS, INC.<br>COLUMBIA PICTURES INDUSTRIES, INC.<br>MGM RECORDS, INC.<br><u>UNITED ARTISTS RECORDS</u><br>Robert A. Downing, Esquire<br>Sidley & Austin<br>One First National Plaza<br>Chicago, Illinois 60670 | |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 173 -- IN RE E-C TAPE SERVICE, INC. LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| E-C TAPE SERVICE, INC. <br> DAVID G. HEILMAN <br> William E. Glassner, Jr., Esquire <br> Thomas Olson, Esquire <br> Charne, Glassner, Tehan, Clancy <br>   & Taitelman, s.c. <br> 211 West Wisconsin Avenue <br> Milwaukee, Wisconsin  53203 <br><br> A & M RECORDS, INC. <br> Howard S. Smith, Esquire <br> Mitchell, Silberberg & Knupp <br> 1800 Century Park East <br> Los Angeles, California  90067 <br><br> COLUMBIA BROADCASTING SYSTEMS, INC. <br> Gary B. Baker, Esquire <br> 51 West 52nd Street <br> New York, New York  10019 <br><br> ATLANTIC RECORDING CORP. <br> BUDDHA/KAMA SUTRA RECORDS, INC. <br> ELEKTRA RECORDS, INC. <br> LONDON RECORDS, INC. <br> MCA RECORDS, INC. <br> MERCURY RECORD PRODUCTIONS, INC. <br> Charles Kamps, Esquire <br> Quarles & Brady <br> 780 North Water Street <br> Milwaukee, Wisconsin  53202 <br><br> ABC RECORDS, INC. <br> COLUMBIA PICTURES INDUSTRIES, INC. <br> MGM RECORDS, INC. <br> UNITED ARTISTS RECORDS <br> Robert A. Downing, Esquire <br> Sidley & Austin <br> One First National Plaza <br> Chicago, Illinois  60670 | CALIFORNIA GIRL PUBLISHING CO., INC. <br> Suite 205 <br> 165 University Avenue <br> Palo Alto, California  94301 |

p. ____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 173 -- IN RE E-C TAPE SERVICE, INC. LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Economic Consultants, Inc. (d/b/a E-C- Tape Service, Inc.) | A-1; A-2 |
| David Heilman | A-1; A-2 |
| California Girl Publishing Co. | A-2 |
| ABC Records, Inc. | A-3 |
| A&M Records, Inc. | A-3 |
| Atlantic Recording Corp. | A-3 |
| Buddah/Kama Sutra Records | A-3 |
| Columbia Broadcasting System | A-3 |
| Columbia Pictures Industries, Inc. | A-3 |
| Elektra Records, Inc. | A-3 |

p. _____

| | | |
|---|---|---|
| London Records, Inc. ✓ | A-3 | |
| MCA Records, Inc. ✓ | A-3 | |
| Mercury Records Productions, Inc. ✓ | A-3 | |
| MGM Records, Inc. ✓ | A-3 | |
| United Artists Records, Inc. ✓ | A-3 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |