DOCKET NO. 173

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE E-C TAPE SERVICE, INC. LITIGATION

ORDER

It appearing that only a single action remains in the above litigation and that the movants are consequently withdrawing their motion for transfer under 28 U.S.C. §1407, the question of transfer under Section 1407 is therefore moot.

FOR THE PANEL:

Alfred P. Murrah
Chairman